UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL No. 2750<br>Master Case No.: 3:16-md-2750 |
| This Document Relates to: | JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |
| *WASCHKO, LISA          3:17-CV-2996* | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MITSUBISHI TANABE PHARMA CORP. ONLY

TO THE CLERK OF THE COURT:

Plaintiff, by and through her undersigned counsel, and pursuant to Case Management Order No. 7, hereby voluntarily dismisses Defendant, Mitsubishi Tanabe Pharma Corp., from the above captioned action in the Invokana (Canagliflozin) Products Liability Litigation, without prejudice.

Dated:  May 30, 2017

Respectfully submitted,

/s/ Chris T. Hellums
Chris T. Hellums (ASB-5583-L73C)
Michael C. Bradley (ASB-2103-A64M)
Jonathan S. Mann (ASB-1083-A36M)
PITTMAN, DUTTON & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
Email: PDH-efiling@pittmandutton.com
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through CM/ECF system will be sent electronically to counsel for record via the Court's ECF system on May 30, 2017.

/s/ Chris T. Hellums
Chris T. Hellums

**SO ORDERED.**

Date: May 30, 2017

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**United States District Judge**