## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2750<br>Master Docket Case No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

LISA WASCHKO v. Janssen Pharmaceuticals, Inc., et al.,
Case No. 3:17-cv-2996

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Lisa Waschko, hereby dismisses this case in its entirety, as to all Defendants, with prejudice. Each party shall bear its own costs and attorney fees.

By: _____
Michael C. Bradley
PITTMAN, DUTTON, HELLUMS
BRADLEY & MANN, P.C.
2001 Park Place North
Suite 1100
Birmingham, Alabama 35203
Ph. 205-322-8880
Fax 205-328-2711
Email: mikeb@pittmandutton.com

*Counsel for Plaintiff*

Dated: May 3, 2021

By: /s/ Michael C. Zogby
Michael C. Zogby
FAEGRE DRINKER BIDDLE
& REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: michael.zogby@faegredrinker.com

*MDL Liaison Counsel for Defendants*

Dated: May 3, 2021